■ DANIEL SALVO et al., Appellants, v CITY OF NEW YORK, Respondent. [608 NYS2d 858] —Appeal by the plaintiffs from an order and judgment (one paper) of the Supreme Court, Richmond County (Cusick, J.), dated September 12, 1991.

Ordered that the order and judgment is affirmed, with costs, for reasons stated by Justice Cusick in the Supreme Court. Ritter, J. P., Copertino, Pizzuto and Joy, JJ., concur.